IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JACK B. HICKS, Jr. ADC #135148 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CV00427-SWW |
| JAIMIE KEYS, | * | |
| Parole Officer, Ozark Parole Office | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

DATED this 2nd day of October, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE